138

UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Pablo BARTOLO–GUERRA,
Defendant–Appellant.

Nos. 15–50490, 15–50493
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellant.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, For Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the judgments in criminal cases, Jose Pablo Bartolo–Guerra raises an argument that is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 228, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgments of the district court are AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.